AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>RUBIN CASTRO-GUADARRAMA<br><br>Defendant(s) | Case No. MJ 19-10605-E-REB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 6, 2019__ in the county of __Bonneville__ in the __Judicial__ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b) | Deported Alien Found in the United States. |

This criminal complaint is based on these facts:

On or about November 6, 2019, in the District of Idaho, the defendant, RUBIN CASTRO-GUADARRAMA, an alien, was found in the United States, to wit: Bonneville County, Idaho, after having been previously removed from the United States on or about September 21, 2000, at or near Hidalgo, Texas, the said defendant having not obtained the consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States.

☑ Continued on the attached sheet.

_____
Complainant's signature

Elan Mondok, Deportation Officer, ICE
Printed name and title

Sworn to before me and signed in my presence, via teleconference call with the identity of the Complainant vouched for by AUSA Justin Paskett

Date: 11-13-2019

_____
Judge's signature

City and state: Boise, Idaho

Hon. Ronald E. Bush, Chief U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Elan Mondok, states under the penalties of perjury, as follows:

This affidavit is filed to establish probable cause for the following crime charged in the complaint:

## DEPORTED ALIEN FOUND IN THE UNITED STATES
## 8 U.S.C. § 1326 (a) and (b)

On this 13th day of November, 2019, before me, the undersigned authority, personally appeared Elan Mondok, who after being duly sworn, says:

1. I am a Deportation Officer with Immigration and Customs Enforcement, and as such, am designated by the Secretary of the Department of Homeland Security to investigate violations of immigration and nationality laws of the United States and make arrests for violations of immigration laws under Title 8 and Title 18 of the United States Code.

2. I have been employed by the United States Department of Homeland Security Immigration and Customs Enforcement for ten years. I am currently assigned to the Idaho Falls, Idaho, office.

3. On September 24, 2019, the National Criminal Analysis and Targeting Center (NCATC) notified ICE that CASTRO-Guadarrama, Rubin was illegally in the United States and may be residing in Idaho.

4. On September 25, 2019, Deportation Officer Mondok conducted record checks and located an alien file, A73 856 988, for CASTRO-Guadarrama. Record checks also indicated that CASTRO-Guadarrama was removed from the United States twice, November 3, 1997 and September 21, 2000. Record checks indicate that CASTRO-Guadarrama had never applied nor was he granted permission by the US Attorney General or the Secretary of the Department of Homeland Security, to enter the United States.

5. Deportation Officer Mondok was able to confirm that CASTRO-Guadarrama was an illegal alien present in the United States without permission.

6. On November 6, 2019, Deportation Officer Mondok apprehended CASTRO-Guadarrama in Idaho Falls, Idaho.

1

7. CASTRO-Guadarrama is a national and citizen of Mexico and was born in Acapulco, Guerrero, Mexico. CASTRO-Guadarrama was previously removed to Mexico on November 3, 1997, by foot through Otay Mesa, California to Texas; and again, removed to Mexico on September 21, 2000, by foot through Hidalgo, Texas. CASTRO-Guadarrama entered the United States illegally on or after September 21, 2000, at an unknown location, after being removed from the United States, without inspection by U.S. Immigration Officers.

8. CASTRO-Guadarrama's A-File, A73 856 988, was obtained for review. It shows that CASTRO-Guadarrama is a citizen of Mexico and that he has been deported twice before on November 3, 1997 and September 21, 2000, pursuant to an Order of the Immigration Judge issued in Los Angeles, California, on October 31, 1997.

9. The A-File does not show any applications or permission granted by the Secretary of the Department of Homeland Security for CASTRO-Guadarrama to re-enter the United States.

10. A fingerprint comparison report from the Federal Bureau of Investigation, dated November 6, 2019, states that a current fingerprint card from CASTRO-Guadarrama's most recent arrest along with prints on the Warrant of Removal/Deportation, Form I-205, from December 10, 1998, from his A-File were compared and are identical. The prints are also identical with FBI # 434669FB8, which also matches with the FBI # in his A-File, A73 856 988.

Respectfully submitted,

_[signature]_

Elan Mondok, Deportation Officer
Immigration and Customs Enforcement
Idaho Falls, Idaho

SUBSCRIBED AND SWORN TO before me this ___13___ day of November, 2019, ~~via~~ by tele conference call, with the identity of the Affiant vouched for by AUSA Justin Paskett.

_[signature]_
Ronald E. Bush
Chief United States Magistrate Judge
District of Idaho

2